12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 0 3 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ALMA ARELLANO, INDIVIDUALLY § | | |
| AND AS NEXT FRIEND OF § | | |
| MARILYN ARELLANO, § | | |
| § | | |
| Plaintiff § | | |
| § | | |
| vs. § | CIVIL ACTION NO. B-99-017 | |
| § | | |
| DILLARD'S DEPARTMENT STORES, § | | |
| INC. and CRIS GUTIERREZ, Individually § | | |
| § | | |
| Defendant § | | |

## ORDER

After a review of all matters related to the Plaintiff's Motion to Remand, the Court is persuaded that the joinder of Defendant Gutierrez was not warranted and pursuant to that particular issue, the Motion to Remand is **DENIED**.

With regard to the jurisdictional amount of damages that are sought, absent a written commitment by Plaintiff submitted within 5 days from this date that at no time including through the entirety of trial will a request for damages in excess of $75,000 be pursued, the motion will in all things be **DENIED**.

DONE this 2nd day of September, 1999 in Brownsville, Texas.

Filemon B. Vela
United States District Judge

ClibPDF - www.fastio.com