15

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 16 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ALMA ARELLANO, ET AL. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-99-017 |
| | § | |
| DILLARD'S DEPARTMENT STORES, INC. | § | |
| ET AL. | § | |

### CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

All parties to this case waive their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636(c).

| Signatures and Typed Names | Party Represented | Date |
|---|---|---|
| [signature] D. Wilkes Alexander | Cris Gutierrez, Individually Dillard's Department Stores, Inc. | 11/24/99 |
| [signature] Carlos J. Cisneros | PLAINTIFFS ALMA; MARYLYNN ARELLANO | 11/30/99 |
| [signature] CHARLES E. MATTINGLY, JR. | Plaintiffs - Arellano | 12/13/99 |

### ORDER OF TRANSFER

This case is transferred to United States Magistrate Judge

John Wm. Black

to conduct all further proceedings, including final judgment.

December 15, 1999
Date

[signature]
Filemon B. Vela
United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED ON THIS FORM TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.