22

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 15 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ALMA ARELLANO, ET AL. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-99-017 |
| | § | |
| DILLARD DEPARTMENT STORES INC., ET AL. | § § | |

## ORDER

Pending before this court is Plaintiffs' Motion for Leave to File Plaintiffs' First Amended Original Complaint (Docket No. 19). This Motion does not comply with Rule 6 of the Local Rules for the Southern District of Texas. It is therefore, **DENIED**.

DONE at Brownsville, Texas, this 15th day of March, 2000.

_____
John Wm. Black
United States Magistrate Judge