27

United States District Court
Southern District of Texas
ENTERED

MAR 2 3 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ALMA ARELLANO, INDIVIDUALLY AND AS NEXT FRIEND OF MARILYN ARELLANO, Plaintiffs, | § § § § § | CIVIL ACTION NO. B-99-017 |
| VS. | § § § | |
| DILLARD'S DEPARTMENT STORES, INC., and CRIS GUTIERREZ, Individually, Defendants. | § § § § | |

## ORDER ON UNOPPOSED MOTION FOR LEAVE TO FILE PLAINTIFFS' FIRST AMENDED ORIGINAL COMPLAINT

On the 23 day of MARCH, 2000, came on to be heard Plaintiffs' Unopposed Motion for Leave to File Plaintiffs' First Amended Original Complaint in the above-styled and numbered civil action, and this Court having considered such motion and all proceedings heretofore had herein, and it appearing to this Court that the interests of justice would so require such consent, this Court hereby grants such motion.

**THEREFORE, IT IS ORDERED** that Plaintiffs' Unopposed Motion for Leave to File Plaintiffs' First Amended Original Petition shall be **GRANTED** at Plaintiffs' cost, and Defendants shall be allowed to plead in response to said amended pleading within ten (10) days after service of the amended pleading as per Fed. R. Civ. P. 15(a).

DONE AT BROWNSVILLE TEXAS THIS 23RD DAY OF MARCH 2000.

_____
JUDGE PRESIDING

1