IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas

APR 0 5 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ALMA ARELLANO, INDIVIDUALLY | § | |
| AND AS NEXT FRIEND OF | § | |
| MARILYN ARELLANO | § | |
| Plaintiffs | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-99-017 |
| | § | |
| DILLARD'S DEPARTMENT STORES, INC. | § | |
| and CRIS GUTIERREZ, Individually | § | |
| Defendants | § | |

## AGREED ORDER GRANTING DEFENDANTS' MOTION FOR PHYSICAL EXAMINATION

On this 3rd day of April, 2000, came before the Court, Defendants' Motion and Order requiring Plaintiffs, to submit to a Physical Examination, and it appearing to the Court that the Physical Condition of the Plaintiffs is in controversy in this action, it is therefore,

IT ORDERED, ADJUDGED AND DECREED, that Plaintiffs **ALMA ARELLANO and MARILYN ARELLANO**, submit to a General Physical Examination by Dr. Gustavo Stern, in his office on April 11th, 2000 at 3:00 p.m., such examination to include any and all tests which are ordinarily deemed the part of a general physical examination.

IT IS FURTHER, ORDERED that Plaintiffs, **ALMA ARELLANO and MARILYN ARELLANO**, at the time of such examination answer all proper questions and inquiries submitted to him by the said doctor, including the occupational and prior injuries and diseases for the purposes of making a proper diagnoses of the Plaintiffs condition.

IT IS FURTHER, ORDERED, ADJUDGED AND DECREED, that the Defendants bear the cost of the examination.

SIGNED this  3  day  APRIL , 2000.

_____
JUDGE PRESIDING

cc:   Hon D. Wilkes Alexander
      Hon. Carlos H. Cisneros