32

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
-BROWNSVILLE DIVISION-

United States District Court
Southern District of Texas
ENTERED
APR 0 6 2000
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ALMA ARELLANO, INDIVIDUALLY | § | |
| AND AS NEXT OF FRIEND OF | § | |
| MARILYN ARELLANO, | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-99-017 |
| | § | |
| DILLARD'S DEPARTMENT STORES, INC. | § | |
| and CRIS GUTIERREZ, Individually | § | |
| Defendants. | § | |

## ORDER

Before this Court is Defendant's Motion to Compel (Docket No. 25). The Plaintiff and the Defendant in the aforementioned case have agreed to waive this motion. Therefore, the Court finds that this Motion is MOOT.

DONE at Brownsville, Texas on the 5th of April, 2000.

John Wm. Black
United States Magistrate Judge