35

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## ORDER

United States District Court
Southern District of Texas
ENTERED

AUG 2 8 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| ALMA ARELLANO, ET AL. § | |
| § | |
| VS. § | CIVIL ACTION NO. B-99-017 |
| § | |
| DILLARD'S DEPARTMENT STORES, § | |
| INC., ET AL. § | |

TYPE OF CASE:     __X__ CIVIL           ____ CRIMINAL

**TAKE NOTICE** that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

**STATUS CONFERENCE**
(WILL NOT BE NECESSARY IF ALL SETTLEMENT DOCUMENTS HAVE BEEN FILED)

| PLACE: | ROOM NO.: |
|---|---|
| **UNITED STATES FEDERAL COURTHOUSE** | **SECOND FLOOR COURTROOM, #2** |
| **600 E. HARRISON STREET** | |
| **BROWNSVILLE, TEXAS** | DATE AND TIME: |
| | **SEPTEMBER 28, 2000 AT 1:30 P.M.** |

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   AUGUST 28, 2000

TO:    MR. RONALD ARMSTRONG
       MR. CARLOS CISNEROS
       MR. CHARLES MATTINGLY
       MR. D. WILKES ALEXANDER