IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
SEP 0 6 2000
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| ALMA ARELLANO, INDIVIDUALLY § <br> AND AS NEXT FRIEND OF § <br> MARILYN ARELLANO § <br> Plaintiffs § <br> § <br> VS. § <br> § <br> DILLARD'S DEPARTMENT STORES, INC. § <br> and CRIS GUTIERREZ, Individually § <br> Defendants § | CIVIL ACTION NO. B-99-017 |

## ORDER APPOINTING GUARDIAN AD LITEM AND SETTING FRIENDLY SUIT HEARING

On this the **6TH** day of **SEPTEMBER**, 2000, it is being shown to the Court that one of the Plaintiffs herein, to wit: MARILYN ARELLANO is a minor and without legal guardian in the State, and represented herein only by next friend, the Court is of the opinion that a guardian ad litem should be appointed in the best interests of said minor. It is accordingly,

ORDERED that **PAUL HAJJAR**, an attorney licensed to practice and practicing before this Court be, and is hereby appointed as guardian ad litem to represent said minor herein and that a Friendly Suit Hearing is hereby set for **28TH** day of **SEPTEMBER** 2000 at **1:30** o'clock **P**.m.

SIGNED this **6TH** day of **SEPTEMBER**, 2000.

_____
JUDGE PRESIDING

cc:  Hon. D. Wilkes Alexander
     Hon. Carlos Cisneros