39

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 1 8 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ALMA ARELLANO, INDIVIDUALLY § | | |
| AND AS NEXT FRIEND OF § | | |
| MARILYN ARELLANO § | | |
| Plaintiffs § | | |
| § | | |
| VS. § | CIVIL ACTION NO. B-99-017 | |
| § | | |
| DILLARD'S DEPARTMENT STORES, INC. § | | |
| and CRIS GUTIERREZ, Individually § | | |
| Defendants § | | |

## FINAL JUDGMENT

BE IT REMEMBERED that on the 14th day of September, 2000, this cause came before the Court for final adjudication as to the claims made by Plaintiffs against Defendants, the full names of such parties being as follows:

I.

PLAINTIFFS:   ALMA ARELLANO, INDIVIDUALLY AND AS NEXT FRIEND OF MARILYN ARELLANO

Represented by:   Carlos Cisneros,
CISNEROS & MATTINGLY, P.C.
845 E. Harrison Street, Suite "A"
Brownsville, Texas 78520
Telephone:   (956) 504-2260
Telecopier:   (956) 504-5988

/csa/20373 jmt/ dwa-nch 09/00

MINOR PLAINTIFF:     MARILYN ARELLANO

Represented by:     Paul Hajjar
LAW OFFICE OF PAUL HAJJAR
507 E. Elizabeth
Brownsville, Texas 78520
Telephone: (956) 542-7793
Telecopier: (956) 504-4044

## II.

DEFENDANTS:     DILLARD DEPARTMENT STORES, INC.,
CRIS GUTIERREZ, INDIVIDUALLY

Represented by:     D. Wilkes Alexander
ROERIG, OLIVEIRA & FISHER, L.L.P.
855 W. Price Road, Suite 9
Brownsville, Texas 78520
Telephone: (956) 542-5666
Telecopier: (956) 542-0016

## III.

Came the parties in person by and through their respective attorneys of record and came ALMA ARELLANO, Individually and as Next Friend of MARILYN ARELLANO, acting by and through her Guardian Ad Litem, Paul Hajjar. All parties appeared, announced ready for trial, waived a trial by jury and announced that they had settled all matters at issue and in dispute between them subject to the Court's approval. Under the terms of the settlement, the said Defendants are to pay to the Plaintiffs a total of Fifty Thousand ($50,000.00) Dollars, said consideration being more fully described below:

| | |
|---|---:|
| Alma Arellano; | $37,000.00 |
| Marilyn Arellano; | $13,000.00 |
| TOTAL | $50,000.00 |

The settlement proceeds for Marilyn Arellano are more fully described as follows:

| | |
|---|---:|
| TOTAL SETTLEMENT AMOUNT: | $13,000.00 |
| LESS ATTORNEY'S FEES (REDUCED FROM 40% TO 25%) | $3,250.00 |
| LESS LITIGATION EXPENSES (WAIVED) | $0.00 |
| LESS OFFICE EXPENSES (WAIVED) | $0.00 |
| LESS RECENTLY ADJUSTED MEDICAL EXPENSES ~~(SEE ATTACHMENTS) (POSSIBLY ABLE TO REDUCE SOME MORE)~~ *TWA*  A-AL Pg.H | $7,538.75 |
| NET DUE MARILYN ARELLANO | $2,211.25 |

Said consideration will fully settle all claims, demands and causes of action that have been, or could have been brought by the Plaintiffs against the Defendants in this case: *Alma Arellano, Individually and As Next Friend of Marilyn Arellano vs. Dillard's Department Stores, Inc., and Cris Gutierrez, Individually* more specifically described as Civil Action No.: B-99-01-7;

This settlement includes all claims for injuries and damages received by the Plaintiffs, arising out of an alleged incident more particularly set out in the Plaintiffs' pleadings filed herein. Plaintiffs and the Attorney Ad Litem represented to the Court that they have forever relinquished and abandoned all claims for punitive damages against these Defendants. Therefore, all settlement monies being paid herein are for actual damages. The Court heard evidence concerning the reasonableness of the settlement, the injuries and damages received by the claimants, report of the Attorney Ad Litem and all evidence deemed by the Court necessary to make a determination of the fairness of settlement, including a review of the attorney's fees and expenses which have been incurred in pursuing the instant claim and approval of the Attorney Ad Litem regarding same.

The Court hereby finds that the settlement is fair and reasonable and in the best

interest of the minor and that the settlement should be approved. The Court further finds the Next Friend to be fit and proper to act in such capacity for the minor Plaintiff.

The Court finds that all claims and causes of action asserted against the Defendants in the Plaintiffs' pleadings currently filed in Civil Action No.: B-99-01-7; as well as all papers and documents filed by these claimants, and all causes of action asserted, or which could have been asserted against these Defendants, as well as all causes on behalf of said minor, her parents, and all other claimants are within the scope of the parties' agreement of release and settlement. The Court further specifically finds that the proposed settlement of ALMA ARELLANO, INDIVIDUALLY AND AS NEXT FRIEND OF MARILYN ARELLANO, A MINOR'S claims, both actual and potential, are in each of the respective parties' best interest and are fair and reasonable as to each, and specifically to the minor Plaintiff. The parties also agree to keep the terms and conditions of the settlement in all things confidential. The Court specifically approves the same as binding on, and conclusive of all claims and actions which might ever be asserted by, or on behalf of said parties, their Next Friends, and all other Plaintiffs suing in the respective capacities against the said Defendants; Dillard's Department Stores, Inc., and Cris Gutierrez, Individually. And the Court, therefore, enters the following judgment.

IT IS ACCORDINGLY, ORDERED, ADJUDGED AND DECREED that the minor Plaintiff recover herein the total sum of $13,000.00 as set out above.

IT IS ACCORDINGLY, ORDERED, ADJUDGED AND DECREED by the Court that the monies awarded to the minor be paid out in the amounts, and for the purposes listed within this judgment.

IT IS ORDERED, ADJUDGED AND DECREED that the recovery by the minor is for the sole use and benefit of the minor, except as set out below, and the minor's settlement is

not to be awarded to or to be for the use of the parents either as Next Friend or Individually.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Defendants should be, and the same are hereby fully relieved and discharged of and from any and all liability to the Plaintiffs for the incident or incidents made the basis of this suit, all as more particularly set forth in the Plaintiffs' pleadings filed in Civil Action No.: B-99-01-7; including but not limited to medical care and treatment, nursing and hospital services rendered to them in the past or that may be rendered to them in the future, as well as all physical, emotional and mental damages, financial or monetary damages, and all damages set forth specifically in the Plaintiffs' pleadings.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Attorney Ad Litem, Paul Hajjar be awarded $ _1000.00_ fee and the same are taxed against the Defendants as costs of Court, with such fees to be paid no later than 30 days following the date of this judgment.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Plaintiffs are denied all relief not expressly granted by this Judgment, whether the relief was requested or whether it could have been requested in this case.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the terms and conditions of this settlement shall be kept in all things confidential and shall not be disclosed to third-parties except by agreement of this parties.

The Plaintiffs and the Attorney Ad Litem herein shall have the responsibility of identifying all existing, medical expenses and unpaid statutory liens, whether hospital, health care providers, workers' compensation lien holder, or other lien holder, and shall negotiate and/or pay all said expenses, liens and secure appropriate releases from each lien holder and that the Defendant is expressly discharged and not to be in any way liable for any unpaid

liens or medical expenses, or any other associated expenses of any kind, except as specifically set out in this judgment.

SIGNED AND ENTERED this /4TH day of SEPTEMBER 2000.

_____
JUDGE PRESIDING

APPROVED AND AGREED TO BY:

Attorney for Plaintiffs:

CISNEROS & MATTINGLY, P.C.
845 E. Harrison
Brownsville, Texas 78520
Telephone:   (956) 504-2260
Telecopier:   (956) 504-5988

BY: _____
     Carlos Cisneros
     State Bar No.: 00793508
     Federal I.D. No.: 21865

BY: _Alma Leticia Arrellano_
Alma Arrellano Individually
and as Next Friend of
Marilyn Arrellano

Guardian Ad Litem:

LAW OFFICE OF PAUL HAJJAR
507 E. Elizabeth
Brownsville, Texas 78520
Telephone:   (956) 542-7793
Telecopier:   (956) 504-4044

By: _____
     Paul Hajjar
     State Bar No. 08716665
     Federal I.D. No.: 23573

Attorneys for Defendants:

ROERIG, OLIVEIRA & FISHER, L.L.P.
855 West Price Road, Suite 9
Brownsville, Texas  78520
Telephone:   (956) 542-5666
Telecopier:   (956) 542-0016

By: _____
     D. Wilkes Alexander
     State Bar No.:  00783527
     Federal I.D. No.: 15991